■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ELLIOTT, Appellant. [979 NYS2d 822]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (D'Emic, J.), rendered July 28, 2010, convicting him of criminal contempt in the first degree and stalking in the fourth degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which she moves for leave to withdraw as counsel for the appellant.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ELLIOTT, Appellant. [979 NYS2d 822]—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (D'Emic, J.), dated July 29, 2011, revoking a sentence of probation previously imposed by the same court, upon a finding that he violated a condition thereof, after a hearing, and imposing a term of imprisonment upon his previous conviction of criminal contempt in the first degree, on the ground that the amended sentence is excessive.

Ordered that the amended sentence is affirmed.

The defendant's purported waiver of the right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Floyd*, 112 AD3d 963 [2d Dept 2013]), and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defendant's contention, the amended sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Hall, Austin and Sgroi, JJ., concur.